Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax:  739-2550

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE:  Wayne White, Debtor | Case No. : 14-36672 |
| 614 Fayette Avenue | Chapter 13 |
| Henrico, VA 23222 | Suzanne E. Wade, Trustee |

## DEBTOR'S MOTION TO VACATE DISMISSAL

Comes Now, Debtor, Wayne White, by Counsel, Pia J. North, Esq. to move this Court for an order vacating the Order of Dismissal entered by the Court on January 29, 2015. In support of this Motion, the debtor states the following:

1. The debtor filed for relief under Chapter 13 on December 16, 2014.

2. Suzanne E. Wade served as the Chapter 13 Trustee in this matter.

3. This matter was dismissed upon the Chapter 13 Trustee's Certification of Failure to Commence Payments under the Plan filed on December 23, 2014.

4. The Trustee filed the Certification of Failure to Commence Payments on or about January 29, 2015. The Trustee had not received the first payment in this matter and the Debtor's case was dismissed on February 1, 2015.

5. The Debtor's attorney contacted him upon the dismissal. The debtor advised that he had mailed the Trustee a money order on or about January 1, 2015 in the amount of $510.

6. The Debtor advised his attorney that he has not been able to locate the receipt.

7. The Debtor is in the transition of moving residence and believes he may be able to locate the receipt as he unpacks his belongings.

8. The Debtor anticipates making another payment to the Trustee to replace the missing payment on or about February 16, 2015.

9. The Debtor has set up voluntary payments to come directly from his bank account so that the payments will be received on time.

10. Wherefore the Debtor, Wayne White respectfully requests that this Court vacate its Order of Dismissal and reinstate his Chapter 13 case in order to obtain his discharge.

                        Respectfully submitted:
                        Wayne  White

By:    /s/ Pia J. North
        Counsel

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: 739-2550

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: Wayne White, Debtor            Case No. : 14-36672
614 Fayette Avenue                    Chapter 13
Henrico, VA 23222                     Suzanne E. Wade, Trustee

    Pia J. North, attorney for Wayne White has filed a Motion to Vacate Dismissal of his Chapter 13 Bankruptcy with the court.

    **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before 14 days from February 7, 2015, you or your attorney must:

- **x** File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    Clerk of Court
    United States Bankruptcy Court 701 E. Broad Street, Suite 4000
    Richmond, VA 23219-3515 You must

also mail a copy to:

| Attorney for Debtor | Chapter 13 Trustee |
|---|---|
| Pia J. North, Esq. #29672 | Suzanne E. Wade |
| North Law | P.O. Box 1780 |
| 5913 Harbour Park Drive | Richmond, VA 23218-1780 |
| Midlothian, VA 23112 | |

- ☐ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing.
  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

- **X** Attend the hearing on the motion scheduled to be held on <u>February 25, 2015</u> at 10:00 a.m.. at United Bankruptcy Court, 701 E. Broad Street, Suite 5100, Richmond, VA 23219-3515.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

                                            Respectfully submitted:
                                            Wayne  White

                By:     /s/ Pia J. North
                          Counsel

### Certificate of Service

I hereby certify that I have on February 7, 2015, transmitted a true copy of the foregoing Notice and Motion to Vacate Dismissal electronically through the Court's CM/ECF system or by first class mail, postage pre-paid to: the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

                By:     /s/ Pia J. North
                          Counsel

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax:  739-2550

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE:  Wayne White, Debtor | Case No. : 14-36672 |
| 614 Fayette Avenue | Chapter 13 |
| Henrico, VA 23222 | Suzanne E. Wade, Trustee |

### NOTICE

PLEASE TAKE NOTICE that on **February 25, 2015 @ 10:00 a.m**. or as soon thereafter as is practical, we will appear before the Honorable Keith L. Phillips, Jr. in Room 5100 of the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division located at 701 East Broad Street, Richmond, Virginia on the Debtor's Motion to Vacate Dismissal.

                                    Wayne White
BY:        /s/ Pia J. North
             Counsel

### CERTIFICATE

I hereby certify that on 2/7/2015, I mailed the Motion to Vacate Dismissal, Notice of Motion Vacate Dismissal and Notice of Hearing by first class mail, postage pre-paid  to: U.S. Trustee, 600 E, Main Street, Suite 301, Richmond, VA 23219,  Suzanne E. Wade and all creditors and parties of interest herein.

                                    /s/ Pia J. North
                                    Pia J.North

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 14-36672-KLP<br>Eastern District of Virginia<br>Richmond<br>Sat Feb  7 09:57:38 EST 2015 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | ADT<br>Customer Service Department<br>14200 East Exposition Avenue<br>Aurora, CO 80012-2540 |
| ALFA Specialty Insurance<br>DiRec Management<br>4320 Downtowner South Suite A<br>Mobile, AL 36609-5447 | Aarons<br>251 North Washington Hwy#1<br>Ashland, VA 23005-1653 | Alliance One<br>1684 Woodlands Dr<br>Suite 150<br>Maumee, OH 43537-4026 |
| American Home Mtg Srv/Homeward Residenta<br>1525 S Belt Line Rd<br>Coppell, TX 75019-4913 | American Home Shield<br>Attn: Acctng Dept. X2746<br>Post Office Box 2803<br>Memphis, TN 38101-2803 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 |
| American Signature Inc.<br>Corporation Service Co.<br>1111 East Main Street, 16th Fl<br>Richmond, VA 23219-3532 | American Signature, Inc.<br>C/O IRWIN A BAIN<br>4300 E FIFTH AVENUE<br>Columbus, OH 43219-1816 | American's Servicing Company<br>1 Home Campus<br>MAC #X2302-04C<br>Des Moines, IA 50328-0001 |
| Anderson Financial Services LLC Loan Max<br>3440 Preston Ridge Rd, Ste 500<br>Alpharetta, GA 30005-3823 | Arrow Financial Service<br>5996 W Touhy Ave<br>Niles, IL 60714-4610 | Bank of America<br>Bankruptcy Department<br>Post Office Box 1290<br>Norfolk, VA 23501-1290 |
| Becket & Lee<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bon Secours<br>P.O. Box 28538<br>Richmond, VA 23228-8538 |
| Cap One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Central Mortgage Co<br>1100 Virginia Drive<br>ATTN: Bankruptcy dept<br>Fort Washington, PA 19034-3204 | Chase - Circuit City<br>Attention: Banktruptcy Dept<br>Po Box 15298<br>Wilmintgon, DE 19850-5298 |
| Chase Bank Usa, Na<br>P.o. Box 15298<br>Wilmington, DE 19850-5298 | Check Into Cash<br>3059 Mechanicsville Trnpk<br>Richmond, VA 23223-1828 | Comcast<br>fka AT&T Broadband<br>5401 Staples Mill Road<br>Richmond, VA 23228-5421 |
| Comenity Bank/Peebles<br>Attention: Bankruptcy<br>Po Box 182686<br>Columbus, OH 43218-2686 | Comenity Bank/Peebles<br>Po Box 182789<br>Columbus, OH 43218-2789 | Commonwealth of VA-Tax<br>P.O. Box 2156<br>Richmond, VA 23218-2156 |
| Dish Network<br>PO Box 105169<br>Atlanta, GA 30348-5169 | Ditech.com/GMAC Mortgage<br>3451 Hammond Ave<br>Waterloo, IA 50702-5345 | (p)DOMINION VIRGINIA POWER<br>PO BOX 26666<br>18TH FLOOR<br>RICHMOND VA 23261-6666 |

| | | |
|---|---|---|
| Eastern Account System<br>P. O. Box 837<br>Newtown, CT 06470-0837 | Fast Auto Loan, Inc.<br>3619 Mechanicsville Turnpike<br>Mechanicsville, VA 23111 | Fast Auto Loans, Inc.<br>c/o Legal Department<br>8601 Dunwoody Place, Ste 406<br>Atlanta, GA 30350-2550 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | GMAC<br>Post Office Box 8135<br>Cockeysville, MD 21030-8135 | Gunst Properties<br>8545 Patterson Ave; Suite 102<br>Henrico, VA 23229-6455 |
| HSBC<br>P.O. Box 80053<br>Salinas, CA 93912 | Horizon Fin<br>8585 Broadway #88<br>Merrillville, IN 46410-7064 | IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; Po Box 64378<br>St. Paul, MN 55164-0378 |
| Idearc Media Corp.<br>2200 West Airfield Drive<br>Dallas, TX 75261 | Internal Revenue Service<br>Centralized Insolvency Unit<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Joseph Mann & Creed<br>200600 Chagrin Blvd.<br>Suite 550<br>Beachwood, OH 44122-5340 |
| Loan Max<br>4802 S. Laburnum Ave<br>Henrico, VA 23231-2714 | Michael Wayne Invest<br>2900 Sabre St Ste 75<br>Norfolk, VA 23502 | Michael Wayne Investment Co<br>2900 Sabre Street, Ste 75<br>Va Beach, VA 23452-7488 |
| NCO Financial Systems<br>P.O. Box 99<br>Wilmington, DE 19899 | Nc Financial<br>200 W Jackson<br>Chicago, IL 60606-6910 | Net Credit<br>200 W. Jackson Blvd<br>Ste 1400<br>Chicago, IL 60606-6929 |
| North & Associates, P.C.<br>5913 Harbour Park Drive<br>Midlothian, VA 23112-2163 | Ocwen Loan<br>3451 Hammond Ave<br>Waterloo, IA 50702-5345 | Okinus, Inc<br>157 West Railrd St<br>Pelham, GA 31779-1631 |
| Pmab Srvc<br>4135 S Stream Blvd Ste 4<br>Charlotte, NC 28217-4636 | Receivables Performa<br>20816 44th Ave. W. Ste. 100<br>Lynnwood, WA 98036-7744 | Samuel I. White, P.C.<br>5040 Corporate Woods Drive<br>Suite 120<br>Virginia Beach, VA 23462-4377 |
| Santander Consumer Usa<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | Tmobile USA<br>PO Box 742596<br>Cincinnati, OH 45274-2596 | Transworld Systems<br>P. O. Box 1864<br>Santa Rosa, CA 95402-1864 |
| Verizon<br>1 Verizon Pl<br>Alpharetta, GA 30004-8510 | Verizon<br>500 Technology Dr<br>Ste 550<br>Weldon Spring, MO 63304-2225 | Vivint Home Security<br>4931 North 300 West<br>Provo, UT 84604-5816 |

```
Wfnnb/valucity Room Store           Pia J. North                        Suzanne E. Wade
Po Box 182303                       North & Associates, P.C.            P.O. Box 1780
Columbus, OH 43218-2303             5913 Harbour Park Drive             Richmond, VA 23218-1780
                                    Midlothian, VA 23112-2163


Wayne White
614 Fayette Avenue
Henrico, VA 23222-1319




                 The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                 by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bk Of Amer                          Dominion Virginia Power             End of Label Matrix
Po Box 982235                       Attn: System Credit                 Mailable recipients   63
El Paso, TX 79998                   Post Office Box 26666               Bypassed recipients    0
                                    Richmond, VA 23261                  Total                 63
```